UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,                     Case No. 26-20101

     Plaintiff,                                          F. Kay Behm
v.                                                                 United States District Judge


JULIO DE JESUS DURAN-TORRES,

     Defendants.
_____ /

## ORDER FOR RELEASE AFTER SENTENCING

During a hearing on May 19, 2026, Julio De Jesus Duran-Torres was

sentenced to a period of time served. Therefore, it is ORDERED that the Order

of Detention is cancelled and the Defendant be immediately release from the

custody of the United States Marshal Service.


     **SO ORDERED**.

Date: May 19, 2026                          s/F. Kay Behm
                                                        F. Kay Behm
                                                        United States District Judge